IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KELLIE GRIFFITH,              ) | |
|     Plaintiff,              ) | |
| ) | |
| v.                              ) | |
| ) | |
| BOARD OF EDUCATION OF BENTON   ) | Civil Case No: 05-CV-4158-JPG |
| COMMUNITY CONSOLIDATED SCHOOL  ) | |
| DISTRICT NO. 47, NORMAN CARLILE, ) | |
| DAVID AUTEN, JOHN METZGER,     ) | |
| DAVE SEVERIN, GARY MESSERSMITH, ) | |
| KATHLEEN KERLEY, JAMES TALLEY, ) | |
| RICK COOK,                     ) | |
|     Defendants.             ) | |

**MEMORANDUM AND ORDER**

THIS CAUSE comes before the Court on the Motion for Voluntary Dismissal (Doc. 39) without prejudice filed plaintiff Kellie Griffith, which the Court construes as pursuant to Federal Rule of Civil Procedure 41(a)(2). The defendants have responded to the motion (Doc. 43) asking that the dismissal be with prejudice. Griffith has replied to that response (Doc. 45)

Rule 41(a)(2) provides that only the Court may dismiss an action after an adverse party has filed an answer or motion for summary judgment and in the absence of a stipulation of dismissal from all the parties. In this case, the defendants object to dismissal without prejudice because if Griffith were to refile this suit, she would be barred by the requirement that Title VII causes of action be filed within 90 days of the plaintiff's receiving a right to sue letter from the EEOC. *See* 42 U.S.C. § 2000e-5(f)(1); *Irwin v. Dep't of Veterans Affairs*, 498 U.S. 89, 96 (1990). Griffith argues that this issue is not relevant unless and until she files a second action, at which time the defendants could raise the issue in their defense.

Griffith is right. The Court finds that it is proper to dismiss this case without prejudice at this time. Should Griffith refile an action based upon or including the same claims against any

of the same defendants, the defendants may raise the 90-day limitation period as a defense at that time and may further seek costs of this litigation pursuant to Rule 41(d). For these reasons, the Court **GRANTS** the Motion (Doc. 39), **DISMISSES** the remaining claims in this case **without prejudice** and **DIRECTS** the Clerk of Court to enter judgment accordingly.

**Dated this 31st day of August, 2006.**

                                        s/ J. Phil Gilbert
                                      **JUDGE J. PHIL GILBERT**