IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **KELLIE GRIFFITH,** | ) |
|     **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **BOARD OF EDUCATION OF BENTON** | )   Civil Case No: 05-CV-4158-JPG |
| **COMMUNITY CONSOLIDATED SCHOOL** | ) |
| **DISTRICT NO. 47, NORMAN CARLILE,** | ) |
| **DAVID AUTEN, JOHN METZGER,** | ) |
| **DAVE SEVERIN, GARY MESSERSMITH,** | ) |
| **KATHLEEN KERLEY, JAMES TALLEY,** | ) |
| **RICK COOK,** | ) |
|     **Defendants.** | ) |

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision as to some claims and having granted the petitioner's motion for voluntary dismissal of other claims,

IT IS HEREBY ORDERED AND ADJUDGED that plaintiff Kellie Griffith's claims against defendants Norman Carlile, David Auten, John Metzger, Dave Severin, Gary Messersmith, Kathleen Kerley, James Talley and Rick Cook are dismissed with prejudice;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff Kellie Griffith's claims against defendant Board of Education of Benton Community Consolidated School District No. 4 are dismissed without prejudice.

                                                                                   **NORBERT JAWORSKI**

**Dated:  August 31, 2006**                                    **By:s/Deborah Agans, Deputy Clerk**

 

**Approved:**    <u>s/ J. Phil Gilbert</u>
                    **J. PHIL GILBERT**
                    **DISTRICT JUDGE**